Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 544 - 1-3 | DATE | 7/10/2008 |
| CASE TITLE | USA v. Javier Gomez, et al. | | |

**DOCKET ENTRY TEXT**

All defendants appear in response to arrest on 7/10/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

08CR544 - 1-3 In Re: USA

Page 1 of 1