

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544-2 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Jose M. Melgar | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Oral motion of the Government for detention is granted. The Government has proven by a preponderance of evidence that no condition or set of conditions will reasonably assure the defendants attendance at trial and it has proved by clear and convincing evidence that no set of conditions will reasonably assure the safety of the community. Defendant shall remain detained until further order of court. Preliminary examination is set for 7/29/08 at 1:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00544   Document 9   Filed 07/16/2008   Page 1 of 1

08CR544-2 USA vs. Jose M. Melgar                                                                 Page 1 of 1