## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544 (All) | **DATE** | 7/29/2008 |
| **CASE TITLE** | United States of America vs. Jose Javier Gomez, Jose M. Melgar and Jose G. Melgar | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Defendants' oral motion to reset the preliminary examination hearing to Monday, August 4, 2008 at 9:15 a.m. is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|