# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544-2 | **DATE** | 8/4/2008 |
| **CASE TITLE** | United States of America vs. Jose M. Melgar | | |

**DOCKET ENTRY TEXT**

US Marshal failed to bring defendant for the preliminary examination hearing. Preliminary examination hearing is reset to Wednesday, 8/6/08 at 10:00 a.m. at the request of the defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|