Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE COLE** 08 GJ 808

| Name of Assigned Judge or Magistrate Judge | ~~JUDGE MANNING~~ | Sitting Judge if Other than Assigned Judge | 5 |
|---|---|---|---|
| CASE NUMBER | 08 CR 0544 | DATE | AUGUST 5, 2008 |
| CASE TITLE | US v. JAVIER GOMEZ, & JOSE M. MELGAR | | **FILED** AUG X 5 2008 |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT
8-5-08

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE AT TO BOTH DEFENDANTS.**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#