**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 08 CR 544 |
| | ) Honorable Judge Blanche M. Manning |
| **JOSE M. MELGAR,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME FOR FILING OF PRETRIAL MOTIONS**

The Defendant, **JOSE M. MELGAR,** by and through his attorney, **ROBERT L. RASCIA,** respectfully moves this Honorable Court to enter an order granting an extension of time for the filing of pretrial motions in this matter.

In support thereof counsel for the defendant states as follows:

1. Counsel for the defendant has received and reviewed the discovery materials tendered by the government. Included in the tendered discovery is an audio/video recording of the events leading to the defendant's arrest.

2. The audio portion of the recording tendered to counsel is inaudible for extended periods, including it difficult for counsel to properly evaluate the matter.

3. Counsel has requested a clear version of the recording, if one can be made available. An examination of the recording is necessary to properly determine whether a suppression motion may properly lie.

4. Counsel has discussed this matter with Assistant United States Attorney Kruti Trivedi, and she advised counsel that the government does not oppose this request.

5. Counsel respectfully requests an extension of 30 days for the filing of pretrial motions.

Respectfully Submitted,

S/Robert L. Rascia/August 27, 2008
**ROBERT L. RASCIA, ARDC No.** 6184470
Attorney for the Defendant
Rascia & DeCastro, Ltd.
650 N. Dearborn/Suite 700
Chicago, IL 60654
312-994-9100 Office
312-994-9105 Fax
rrascia@rascia-decastro.com; Email
ysierra@rascia-decastro.com; Secondary Email

## CERTIFICATE OF SERVICE

I, ROBERT L. RASCIA, deposes and states that I have served a copy of the Defendant's Unopposed Motion for Extension of Time for Filing of Pretrial Motions to Kruti Trivedi, Assistant United States Attorney, VIA ELECTRONICALLY FILING on this 27th day of August, 2008.

S/Robert L. Rascia/August 27, 2008
**ROBERT L. RASCIA, ARDC No.** 6184470
Attorney for the Defendant
Rascia & DeCastro, Ltd.
650 N. Dearborn/Suite 700
Chicago, IL 60654
312-994-9100 Office
312-994-9105 Fax
rrascia@rascia-decastro.com; Email
ysierra@rascia-decastro.com; Secondary Email