**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No.: 08 CR 544 |
| | ) Honorable Judge Blanche M. Manning |
| **JOSE M. MELGAR,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF MOTION**

**To:   Kruti Trivedi**
**Assistant United States Attorney**
**219 S. Dearborn/th Floor**
**Chicago, IL**

You are hereby notified that we will appear In the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, before the following Judge sitting in his/her stead, at the place and time below specified, and ask for a hearing on the Defendant's Unopposed Motion for Extension of Time for Filing of Pretrial Motions.

| **JUDGE** | **ROOM** | **DATE** | **TIME** |
|---|---|---|---|
| Manning | 2125 | September 4, 2008 | 11:00 a.m. |

**VERIFICATION**

**ROBERT L. RASCIA**, deposes and states that he delivered a copy of the above and foregoing Notice of Motion to Assistant United States Attorney, Kruti Trivedi VIA ELECTRONICALLY FILING on this 27th day of August, 2008.

> S/Robert L. Rascia/August 27, 2008
> **ROBERT L. RASCIA, ARDC No.** 6184470
> Attorney for the Defendant
> Rascia & DeCastro, Ltd.
> 650 N. Dearborn/Suite 700
> Chicago, IL 60654
> 312-994-9100 Office
> 312-994-9105 Fax
> rrascia@rascia-decastro.com; Email
> ysierra@rascia-decastro.com;Secondary Email