## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                Case No.: 1:08−cr−00544
                                    Honorable Blanche M. Manning

Javier Gomez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

     MINUTE entry before the Honorable Blanche M. Manning: as to defendant, Jose M. Melgar; Defendant's unopposed motion for extension of time for filing of pretrial motions [24] is granted. Pretrial motions to be filed by 9/26/2008 as to Jose M. Melgar. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.